AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
VIOLATION: 18 U.S.C. § 751(a) — Escape

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment 5 years; Fine $250,000; Supervised release 3 years; Special Assessment $100

**DEFENDANT - U.S.**
▶ DARREN BROWN,

**DISTRICT COURT NUMBER**
CR07-00599   MJJ

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES MARSHAL

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   BRYAN R. WHITTAKER AUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☑ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

CR07-00599    MJJ

UNITED STATES OF AMERICA,

V.

DARREN BROWN,

E-filing



FILED
SEP 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 751(a) – Escape

A true bill.

_____
Foreman

Filed in open court this 20th day of September, 2007

_____
Clerk

Bail, $ No bail arrest warrant.
Wayne D. Brazil   9-20-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**
E-filing
SEP 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MJJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR07-00599 |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 751(a) – Escape |
| v. ) | |
| DARREN BROWN, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about August 31, 2007, in the Northern District of California, the defendant,

DARREN BROWN,

did knowingly escape from the custody of the Cornell Community Corrections Center in Oakland, California, in which he was confined by direction of the Attorney General by virtue of a

//
//
//
//
//

INDICTMENT                                    1

1  conviction on an offense, in violation of Title 18, United States Code, Section 751(a).

2  DATED:       September 20, 2007                A TRUE BILL.

3

4                                                 _____
                                                  FOREPERSON
5  SCOTT N. SCHOOLS
   United States Attorney
6

7

8  _____
   W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
9

10 (Approved as to form: _____
                         SAUSA Whittaker
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                           2