UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/29/08

CR 07-00599SBA                                JUDGE: SAUNDRA BROWN ARMSTRONG

BROWN                                         Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)


CHRISTINE WONG                                JOYCE LEAVITT
U.S. ATTORNEY                                 ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                   STARR WILSON
                                              Court Reporter


Interpreter                                   Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/2/08


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to __9/28/08__ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: