UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/2/08

CR 07-00599SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**BROWN**                     Present (x) Not Present ( ) In Custody (x)
    **DEFENDANT(S)**

  <u>JAMES MANN</u>                      <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                              ATTORNEY FOR DEFENDANT(S)

**Deputy Clerk:** Lisa R. Clark          <u>RAYNEE MERCADO</u>
                                                    Court Reporter

 Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**  STATUS - HELD

**RESULT OF HEARING:**  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF GOVERNMENT COUNSEL UNTIL 9/16/08

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 9/16/08 **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)**_____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** 9/16/08 **for Change of Plea @ 11:00 a.m.**
**cc:**