1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

5

6 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3717

7 Facsimile: (510) 637-3724
E-Mail:    Christine.Wong@usdoj.gov

8

9

Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

| UNITED STATES OF AMERICA, | ) | No. CR-07-0599 SBA |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION TO SET STATUS HEARING DATE ON OCTOBER 7, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DARREN BROWN, | ) | |
| Defendant. | ) | Date: October 7, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra B. Armstrong |

20    The parties jointly request that this Court vacate the status hearing set for September 16,
21 2008, set a new status hearing in this matter on October 7, 2008 at 9:00 a.m., and exclude time
22 under the Speedy Trial Act between September 16, 2008 and October 7, 2008.
23    On September 2, 2008, at the status hearing in the above-captioned matter, the Court set
24 the next status hearing for September 16, 2008, as defense counsel requested certain discovery
25 from the Government. The Court also excluded time, pursuant to the Speedy Trial Act, between
26 September 2, 2008 and September 16, 2008 to allow for the effective preparation of counsel, as
27 defense counsel needed time to review the additional discovery. The Government has since
28 produced additional discovery to defense counsel, but defense counsel needs additional time to

JOINT MOTION TO SET STATUS HEARING ON OCTOBER 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0599 SBA

1  review the discovery, discuss the discovery with the defendant, and determine whether there are
2  any motions to file.
3      The parties hereby jointly request that the Court vacate the status hearing set for
4  September 16, 2008 and reschedule the status hearing for October 7, 2008. The parties further
5  jointly request that the Court exclude time between September 16, 2008 and October 7, 2008
6  under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. §
7  3161(h)(8)(B)(iv). The parties agree the ends of justice served by granting the request outweigh
8  the best interests of the public and the defendant in a speedy trial.
9
10 DATED: September 12, 2008
11
12
13 _____/s/_____         _____/s/_____
   CHRISTINE Y. WONG                        JOYCE LEAVITT
   Assistant United States Attorney         Counsel for Darren Brown
14 Counsel for United States

JOINT MOTION TO SET STATUS HEARING ON OCTOBER 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0599 SBA

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, ) | No. CR-07-599 SBA | |
| 12     Plaintiff, ) | [PROPOSED] ORDER GRANTING JOINT MOTION TO SET STATUS HEARING DATE ON OCTOBER 7, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| 13 v. ) | | |
| 14 DARREN BROWN, ) | | |
| 15     Defendant. ) | Date: October 7, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra B. Armstrong | |
| 17 _____ ) | | |

18

19   The parties jointly requested that a status hearing in this matter be set on October 7, 2008,
20 and that time continue to be excluded under the Speedy Trial Act between September 16, 2008
21 and October 7, 2008 to allow for the effective preparation of counsel for the reasons set forth in
22 the parties' joint request.  For these stated reasons, the Court finds that the ends of justice served
23 by granting the request outweigh the best interests of the public and the defendant in a speedy
24 trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

25   **IT IS HEREBY ORDERED** that the status hearing in this matter is set for October 7,
26 2008 at 9:00 a.m., and that time between September 16, 2008 and October 7, 2008 is excluded
27 ////
28 ////

JOINT MOTION TO SET STATUS HEARING ON OCTOBER 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0599 SBA

1  under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
2  the exercise of due diligence.
3
4  DATED:_____                              _____
                                                      HON. SAUNDRA BROWN ARMSTRONG
5                                                     United States District Judge

JOINT MOTION TO SET STATUS HEARING ON OCTOBER 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0599 SBA