1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-599 SBA |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DARREN BROWN, | ) | |
| Defendant. | ) | Date: October 21, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on January 13, 2009 at 10 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between October 21, 2008 and January 13, 2009 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on January 20, 2009 at 10 a.m., and that time between October 21, 2008 and January 20, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

1    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
2  Presentence Investigation Report. Counsel for the defendant is ordered to provide a copy of this
3  Order to the United States Probation Office.

5  DATED:10/20/08

   _____
   HON. SAUNDRA BROWN ARMSTRONG
   United States District Judge