1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DARREN BROWN

6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )
                                       )  No. CR 07-00599 SBA
12              Plaintiff,             )
                                       )  STIPULATION AND
13      v.                             )  ORDER CONTINUING CHANGE OF
                                       )  PLEA DATE AND SENTENCING;
14                                     )  EXCLUSION OF TIME
                                       )
15 DARREN L. BROWN,                    )
                                       )
16              Defendant.             )

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
18
   plea and sentencing date, currently set for January 20, 2009, at 10:00 a.m. be continued to January
19
   30, at 10:00 a.m. for change of plea and sentencing.  The background is that the parties have reached
20
   a plea agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C) and the Court has excluded
21
22 time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as it
23
   considers the proposed plea agreement.  However, defense counsel needs additional time to meet
24
   with Mr. Brown, who is housed at the federal facility in Dublin, California, and review the final
25
   presentence report and file a sentencing memorandum one week prior to sentencing.
26

*United States v. Brown*, CR 07-00599 SBA;
Stip continuing change of plea & sentencing          - 1 -

| | | |
|---|---|---|
| 1 | DATED: January 14, 2009 | /s/ |
| 2 | | JOYCE LEAVITT |
| | | Assistant Federal Public Defender |
| 3 | | |
| 4 | DATED: January 14, 2009 | /s/ |
| 5 | | CHRISTINE WONG |
| | | Assistant United States Attorney |

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, currently set for January 14, 2009, at 10:00 a.m. is hereby continued to January 30, 2009, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and time continues to be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (b)(iv) until January 30, 2009, so as not to deny counsel for the defendant the reasonable time necessary for effective preparation.

SO ORDERED.

DATED:   1/15/09

_Saundra B Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge