1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DARREN BROWN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   No. CR 07-00599 SBA
12              Plaintiff,             )
                                       )
13      v.                             )   STIPULATION AND ORDER
                                       )   CONTINUING SUPERVISED
14                                     )   RELEASE HEARING AND
                                       )   DISPOSITION DATE
15  DARREN LEROY BROWN,                )
                                       )
16              Defendant.             )

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised

18  release hearing and disposition date in this case, currently scheduled for Friday, August 17, 2012, at

19  10:00 a.m., may be continued to Tuesday, September 4, 2012 at 10:00 a.m. for supervised release

20  hearing and disposition.  The matter was initially scheduled for Thursday, August 23, 2012, but was

21  advanced by the court to August 17, 2012.  Unfortunately, government counsel is unavailable on that

22  date.  All parties, including the United States Probation Officer, are available should the Court

23  continue the matter to September 4, 2012, at 10:00 a.m.

24        There is no need to exclude time because this case involves a supervised release matter.

25

26

DATED: 8/15/12            _____/s/_____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 8/15/12            _____/s/_____
                                    JAMES C. MANN
                                    Assistant United States Attorney

      I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

# ORDER

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release hearing and revocation date in this case, currently scheduled for Friday, August 17, 2012, at 10:00 a.m., is hereby continued to Tuesday, September 4, 2012 at 10:00 a.m. for revocation hearing and disposition.

      SO ORDERED.


DATED:     8/16/12                _Saundra B Armstrong_____
                                 HONORABLE SAUNDRA B. ARMSTRONG
                                 United States District Judge